# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER NOAMI ORTEGA,**<br>　　　　Plaintiff,<br>　　vs.<br>**COMMISSIONER OF SOCIAL SECURITY,**<br>　　　　Defendant. | CASE NO. 19-cv-03242-YGR<br><br>**ORDER TO SHOW CAUSE RE: PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>Re: Dkt. No. 2 |

On June 14, 2019, the Court noted that plaintiff had not responded to a portion of her application to proceed *in forma pauperis*. (Dkt. No. 7 (citing Dkt. No. 2 ("IFP App.")).) Therefore, the Court instructed plaintiff to submit, by no later than Friday, June 21, 2019, either a revised application or a statement of no more than two (2) pages providing the omitted information. As of the date of this order, no such revised application or submission has been filed.

Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** as to why her application to proceed *in forma pauperis* should not be denied. By no later than **Friday, July 26, 2019**, plaintiff must file a written response to this Order to Show Cause. Failure to timely file will result in denial of plaintiff's application to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Dated: July 9, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**